IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

JEREMY GREEN

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

CLOVER VALLEY PRIVATE SECTOR DOLLAR GENERAL COORPERATION AND INSURANCE COMPANY

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:25-cv-13136-MGL-PJG

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

    Name: JEREMY GREEN
    Street Address: 297 CENTER STREET #7
    City and County: CHESTER
    State and Zip Code: S.C 29706
    Telephone Number: 530 616 1814

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
    Name: DOLLAR GENERAL COORGERATE
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:

Defendant No. 2
    Name: FLOWERS FOOD INC
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:

Defendant No. 3
    Name: ESIS/ACE AMERICAN INSURANCE COMPANY

Job or Title
(if known)                    _____

Street Address                _____

City and County               _____

State and Zip Code            _____

Telephone Number              _____

Defendant No. 4

Name                          _____

Job or Title
(if known)                    _____

Street Address                _____

City and County               _____

State and Zip Code            _____

Telephone Number              _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question               ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

3

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* JEREMY GREEN, is a citizen of the State of *(name)* S.C.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b. If the defendant is a corporation

   The defendant, *(name)* FLOWERS FOOD INC, is incorporated under the laws of the State of *(name)* OHIO, and has its principal place of business in the State of *(name)* ATLANTA GEORGIA. Or is incorporated under the laws of *(foreign nation)* USA, and has its principal place of business in *(name)* DOLLAR GENERAL cop

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

I HAD EMESIS (VOMITING) AN ADJUSTER SAID I DIDNT ALMOST DIED LOST M+LIFE TOOK BREAD DID TEST TOLD TO KEEP MOUTH CLOSE DONT TELL DR. AND OFFERED 1000 $ I SIGN FOR NOT A GETTING MY BREAD AND

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

MEDICAL BILLS - SAID I DIDN'T HAVE EMESIS VOMITING
LIFE - ALMOST DIED DUE TO VOMITING
MOLD - ENCOUNTERD MOLD FROM DOLLAR GENERAL
SYMPTOMS LONG TERM - NAUSA SEE + HEAR VOICES
WORK - OUT OF WORK, LAB TEST FOR BREAD

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

LIFE ALMOST DIED MEDICAL TREATEMENT
TOLD TO BE COMPENSATED TO PICK UP BREAD THEY LIED.

50,000 500,000 ALL EXPENSE WAGES WORK SYMPTOMS LONG TERM
#1 MILLION FOR LIFE

5

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: SEPT 22, 2025.

Signature of Plaintiff     Jeremy Green
Printed Name of Plaintiff  JEREMY GREEN

**B.     For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____
Address                   _____
Telephone Number          _____
E-mail Address            _____